UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

Kimberly-Clark Worldwide, Inc., and
Kimberly-Clark Global Sales, LLC,

Plaintiffs,                                            Case No. 10-CV-01118

v.                                                     Judge William C. Griesbach

First Quality Baby Products, LLC,
First Quality Retail Services, LLC, and
First Quality Consumer Products, LLC,

Defendants.

**FIRST QUALITY'S MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11**

Defendants/Counterclaim-Plaintiffs First Quality Baby Products, LLC First Quality Retail Services, LLC and First Quality Consumer Products, LLC (collectively "First Quality") respectfully move this Court to sanction Kimberly-Clark Worldwide, Inc., Kimberly-Clark Global Sales, LLC and the law firm of Banner & Witcoff, Ltd. pursuant to Rule 11 of the Federal Rules of Civil Procedure. First Quality's arguments in support of this Motion are set forth in its accompanying Memorandum.

476545.1

Date: February 15, 2011       Respectfully submitted,

        s/ Michael V. Solomita
Kenneth P. George
Ira E. Silfin
Michael V. Solomita
Brian A. Comack
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 336-8000
Email: kgeorge@arelaw.com
isilfin@arelaw.com
msolomita@arelaw.com
bcomack@arelaw.com

*and*

Gregory B. Conway
T. Wickham Schmidt
LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.
231 South Adams Street
Green Bay, WI 54301
Phone: (920) 437-0476
Email: gbc@lcojlaw.com
tws@lcojlaw.com

*and*

Michael A. Brille
D. Michael Underhill
Eric J. Maurer
Evan A. Parke
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW, 8th Fl.
Washington, DC 20015
Phone: (202) 237-2727
Email: mbrille@bsfllp.com
munderhill@bsfllp.com
emaurer@bsfllp.com
eparke@bsfllp.com

476545.1

ATTORNEYS FOR
DEFENDANTS/COUNTERCLAIM
PLAINTIFFS FIRST QUALITY BABY
PRODUCTS, LLC, FIRST QUALITY
RETAIL SERVICES, LLC, AND
FIRST QUALITY CONSUMER
PRODUCTS, LLC

476545.1