UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KIMBERLY-CLARK WORLDWIDE, Inc., and,
KIMBERLY-CLARK GLOBAL SALES, LLC,

    Plaintiffs,

v.                                                      Case No. 10-C-1118

FIRST QUALITY BABY PRODUCTS, LLC,
FIRST QUALITY RETAIL SALES, LLC, and
FIRST QUALITY CONSUMER PRODUCTS, LLC,

    Defendants.

**ORDER**

On March 25, 2011, this Court entered a Scheduling Order in the above matter. Pending at the time was Defendants' Motion for Dismissal and Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure. Although the Court initially declined Defendant's request that discovery in this matter be stayed until that motion is decided, the Court has given further thought to the request and hereby orders that discovery be stayed in this matter until such time as the Rule 11 Motion for Dismissal and Sanctions is decided.

**SO ORDERED** this   4th   day of April, 2011.

                                                                       s/ William C. Griesbach
                                                                       William C. Griesbach
                                                                       United States District Judge