

TEN SOUTH WACKER DRIVE
CHICAGO, IL 60606-7407

TEL: 312.463.5000
FAX: 312.463.5001
www.bannerwitcoff.com

Marc S. Cooperman

April 5, 2011

**VIA ELECTRONIC FILING**
Hon. William C. Griesbach
U.S. District Court
Eastern District of Wisconsin
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

Re: *Kimberly-Clark Worldwide, Inc. et al v. First Quality Baby Products, LLC, et al.*
Case No. 10-cv-01118

Dear Judge Griesbach:

    Given the serious nature of First Quality's pending motion for sanctions, K-C requests that the Court hold an oral argument, prior to ruling on the motion, to allow K-C to respond to First Quality's arguments in its reply brief, including the expansion of its argument that First Quality is allegedly practicing the prior art. A hearing will permit the parties to more fully explain their positions for this potentially dispositive motion, and answer any questions the Court may have. K-C is available to participate at the Court's convenience.

Respectfully submitted,

*s/ Marc S. Cooperman*

Marc S. Cooperman

cc: Counsel of Record (via ECF Notice)